**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 15 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00580-BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

HECTOR HUERTA #114883,

    Plaintiff,

v.

OFFICE OF THE UNITED STATES SURGEON GENERAL- SURGEON GENERAL
    REGINA BENJAMIN,
COLORADO DEPARTMENT OF CORRECTIONS - SGT. WRIGHT,
COLORADO DEPARTMENT OF CORRECTIONS - DR. GARY FORTUNADO,
COLORADO DEPARTMENT OF CORRECTIONS - BEVERLY DOWIS,
UNITED STATES OFFICE OF THE ATTORNEY GENERAL - ERIC HOLDER,
CHIEF MEDICAL OFFICER - DR. PAULA FRANTZ, M.D.,
WARDEN MILYARD - SCF,
JULIE RUSSELL, AIC-CDOC OFFICE OF LEGAL AFFAIRS,
PHYSICIAN HEALTH PARTNERS a/k/a CORRECTIONAL HEALTH PARTNERS, and
DR. JAY WANT, M.D., C.E.O.,
    All Defendants in their Official and Individual Capacities,

    Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing an original signature by the prisoner
(7) ___ is not on proper form (must use the court's current form)
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application
(9) ___ An original and a copy have not been received by the court. Only an original has been received.
(10) _X_ other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application:**
(11) _X_ is not submitted
(12) ___ is not on proper form (must use the court's current form)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court. Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) ___ other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice.  The dismissal shall be without prejudice.

DATED March 15, 2011, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00580-BNB

Hector Huerta
Prisoner No. 114883
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint form** to the above-named individuals on March 15, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk